7·17·14
Brian Shreeves
Criminal No. JFM-13-0682

US District Court
For The District of
Maryland, 101 West
Lombard Street
Baltimore MD 21201-2691
U.S District Judge

Dear Judge J. Frederick Motz,

    I am writing to Advised the court that I am terminating the services of my cousel, Mr. Richard Bardos as my cousel. As of today cousel will take no further action on behalf of the defendant, Due to ineffective assistance of cousel.

    The sixth Amendment Gaurantees the right to effective assistance of cousel in criminal prosecutions.

    Cousel performance fell below an objective standard of reasonableness and cousel dificient performance prejudiced the defendant resulting in an unreliable or fundamentally unfair outcome of a proceeding.

    The court states that, the purpose of the effective assistance Gaurantee of the sixth Amendment is to ensure that criminal defendant receive a fair trial and due process.

    I haven't been able to go out and get proper representation because of my detention and so I have been getting disloyal cousels.

    Up on the apointing of Mr. Bardos he asure me e would be loyal and do everything possible for me to get a fair trial. Mr. Bardos breaches the duty of layolty because he had valid information that could have change the outcome of the proceeding at the motion hearing on May 19 2014, on one of the motion and didn't Act on my behalf.

1

The Government accuse me of signing a waiver on December 13, 2013, the day when I was arrested.

Mr. Bardos came to see me on June 24 and July 10 2014, and He brought the waiver for me to view for the first time, then I realize the signature and hand writting was not mine, I talk to mr. Bardos about it and he agreed that it was not my Hand writting or signature on the waiver, he said it was the Government that signed it but refused to expand the record and telling me to wait until trial.

on June 24 2014, mr. Bardos also presented method of evidence that the Government used to investigate the defendant in form of: stored wire and electronic communications, Pen Register and trap and trace Devices and Gps Tracking that was placed on my T-mobile phone 202-560-0102, to get real time location. All which was used without a warrant.

I asked mr. Bardos for the warrant and he told me he didn't get any, but he refuse to take any action on my Behalf.

Pen Register and trap and trace Devices. In General, the use of Pen registers and trap and trace by law enforcement without a court order is prohibited.

Stored Communications- The stored communications Act prohibits unauthorized access to stored communications, such as email and disclosure of their contents. The Government may only obtain access pursuant to a search warrant. Government Gain access to my Facebook and email account without a search warrant.

2

In 2012 the US Supreme court ruled that law enforcement must obtain a search warrant before using GPS technology to track criminal suspects. A comprehensive log of person's whereabout overtime can deny a resident of their Fourth Amendment right to privacy, opponents of the bill said during the hearing bill. HB377.

The Interests of justice require that the defendant be permitted to pursue all of his constitutional claims prior to trial.

The Supreme court note that, your defense lawyer's job is the protection of your constitutional rights. Your right to be treated fairly and with constitutional integrity while in the criminal justice system is known as your right to due process.
Due process violation when the prosecutor withheld exculpatory evidence, cousel took no action on my behalf.

Prejudice presumed when cousel fail to expound the record on a motion about a waiver that is determine between cousel and I, Not to have been sign by defendant on December 13 2013.

I am asking the Honorable J. Frederick Motz to Grant me the inconvenience on apointing me a new cousel, to help the defendant to pursue all my constitutional claims prior to trial, In order to get a fair trial or Due process.

Respectfully
B. Threeves

3